THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL RIVERA, Appellant.

Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES ROCHESTER, Appellant.

The defendant's claim that the resentence violated the Eighth Amendment prohibition against cruel and unusual punishment is unpreserved for appellate review, and, in any event, is without merit. Mangano, P. J., Bracken, Eiber, Balletta and O'Brien, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE ROSSI, Appellant.

Mangano, P. J., Lawrence, Rosenblatt and Copertino, JJ., concur.